**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:    1

| | |
|---|---|
| Case No.: | 22-41794-MXM |
| Case Name: | RESOURCE CONVERTING LLC |
| For the Period Ending: | 12/31/2022 |

| | |
|---|---|
| Trustee Name: | John Dee Spicer |
| Date Filed (f) or Converted (c): | 08/08/2022 (f) |
| §341(a) Meeting Date: | 09/13/2022 |
| Claims Bar Date: | 12/13/2022 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | CASH OR CASH EQUIVALENTS | $54.54 | $54.54 | | $0.00 | FA |
| **Asset Notes:** | Origin Bank Checking Acct. No. 7709 | | | | | |
| 2 | CASH OR CASH EQUIVALENTS | $48.09 | $48.09 | | $0.00 | FA |
| **Asset Notes:** | Bank of America Checking Acct. No. 9062 | | | | | |
| 3 | MACHINERY, EQUIPMENT AND VEHICLES | $505,000.00 | $20,050.26 | | $0.00 | $505,000.00 |
| **Asset Notes:** | Pulverizing & Drying System ($500,000) & miscellaneous large tools & welder ($5,000); located at Central Valley Ag Group, 5509 Langworth Road, Oakdale, CA 95361<br><br>Collateral of Origin Bank; other collateral includes LeRoy Neiman Serigraphs | | | | | |
| 4 | INTANGIBLES AND INTELLECTUAL PROPERTY | $1.00 | $1.00 | | $0.00 | FA |
| **Asset Notes:** | CAD Drawings | | | | | |
| 5 | OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION | Unknown | $35,000.00 | | $0.00 | $35,000.00 |
| **Asset Notes:** | Legal Malpractice Lawsuit - Resource Converting LLC v. Bryan S. Witherwax & Witherwax Law, P.C. Case #: LACL150659 (POLK) In the Iowa District Court for Polk County | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | | | | |
| | $505,103.63 | $55,153.89 | | $0.00 | $540,000.00 |

**Major Activities affecting case closing:**

12/31/2022     EOY Annual Report: The Trustee has entered into a "waterfall" agreement with lender secured by ASSET #3 and will seek court authorization to approve the agreement. Once the agreement is approved, the Trustee will attempt to determine the best means to market and sell the equipment. The Trustee has entered into an agreement to sell ASSET #5 for $35,000.00 and will seek court approval of the sale.

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 22-41794-MXM | Trustee Name: | John Dee Spicer |
|---|---|---|---|
| Case Name: | RESOURCE CONVERTING LLC | Date Filed (f) or Converted (c): | 08/08/2022 (f) |
| For the Period Ending: | 12/31/2022 | §341(a) Meeting Date: | 09/13/2022 |
| | | Claims Bar Date: | 12/13/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):    06/30/2025          Current Projected Date Of Final Report (TFR):

/s/ JOHN DEE SPICER

JOHN DEE SPICER